# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jorge Alberto Ramos-Lopez,<br>(A 200 706 175)<br>*Defendant* | )<br>)<br>) Case No. 16-9420 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 4, 2012, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jorge Alberto Ramos-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about October 28, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Natalie Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 4, 2012, Jorge Alberto Ramos-Lopez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Ramos-Lopez was examined by ICE Agent J. Schneider who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 20, 2016, Ramos-Lopez was released from the Arizona Department of Corrections and transported to ICE custody for further investigation and processing. Ramos-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jorge Alberto Ramos-Lopez to be a citizen of Mexico and a previously deported criminal alien. Ramos-Lopez was removed from the United States to Mexico through Brownsville, Texas, on or about October 28,

1

2011, pursuant to an order of removal issued by an immigration official. There is no record of Ramos-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ramos-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jorge Alberto Ramos-Lopez was convicted of Possession with Intent to Distribute Approximately 24.86 Kilograms of Marijuana, a felony offense, on May 13, 2011, in the United States District Court, District of Arizona. Ramos-Lopez was sentenced to thirteen (13) months and one (1) day of imprisonment and three (3) years' supervised release. Ramos-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 20, 2016, Jorge Alberto Ramos-Lopez was advised of his constitutional rights. Ramos-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 4, 2012, Jorge Alberto Ramos-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about October 28, 2011, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge

3